Peter R Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

John E. Lord (SBN 216111)
jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile:  (310) 943-2085

Samuel J. Salario, Jr. (*PHV to be applied for*)
sam@bayadvocacy.com
**BAY ADVOCACY PLLC**
1700 South Mac Dill Avenue
Tampa, FL  33629
Telephone: (813) 251-6262

*Attorneys for Plaintiffs,*
K.W., a minor through K.W.'s guardian, Jillian Williams,
and Jillian Williams, individually, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORINIA

| | |
|---|---|
| K.W., a minor and through K.W.'s guardian, Jillian Williams; and JILLIAN WILLIAMS, individually, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EPIC GAMES, INC., a Maryland corporation,<br><br>Defendant. | Case No. 3:21-cv-00976-CRB<br><br>**JOINT STATUS REPORT REGARDING** *ZANCA V. EPIC GAMES, INC.* |

Case No. 3:21-cv-00976

**JOINT STATUS REPORT**

On April 19, 2021, this Court entered an order staying this action for sixty days or until the court in *Zanca v. Epic Games, Inc.*, No. 21-CVS-534 (N.C. Sup. Ct., Wake County) grants or denies final approval to a class action settlement proposed in that case, whichever is earlier. (Dkt. 36 at 1-2). The stay order directed the parties to file a joint status report in the event that the *Zanca* court has not made a ruling on the settlement within sixty days of the date of its order.

The status of the *Zanca* case is as follows. The *Zanca* court held a final fairness hearing on May 6, 2021, during which it considered a motion for final approval of the settlement filed by the Zanca plaintiffs and objections to the settlement lodged by Plaintiffs in this case together with another minor *Fortnite* player (collectively, "Objectors"). At the conclusion of the final fairness hearing, the *Zanca* court took the motion and objections under advisement. The *Zanca* court later requested proposed orders from the *Zanca* plaintiffs and Objectors, which those parties provided. On May 18, 2021, Objectors filed a motion that seeks an order requiring the disclosure of certain documents the *Zanca* plaintiffs' counsel submitted to the *Zanca* court *in camera*, which motion remains pending. The *Zanca* court has not yet granted or denied final approval to the proposed settlement.

Epic Games suggests that the stay be continued for thirty days or until the *Zanca* court grants or denies final approval to the proposed settlement, whichever is earlier, and that the parties file a second joint status report if the *Zanca* court has not granted or denied final approval within thirty days. Because they maintain their arguments in opposition to staying the case as an initial matter, Plaintiffs take no position on Epic Games' suggestion.

Dated: June 21, 2021　　　　　　　　　　　**BAY ADVOCACY PLLC**

By: */s/ Samuel J. Salario, Jr.*
　　Samuel J. Salario, Jr. (*pro hac vice*)

Peter R. Afrasiabi
John E. Lord
**ONE LLP**

*Attorneys for Plaintiffs and the Proposed Class*

and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson (*pro hac vice*)
Matthew J. Adler

*Attorneys for Defendant Epic Games, Inc.*