IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W., et al., <br><br>      Plaintiffs, <br><br>   v. <br><br>EPIC GAMES, INC., <br><br>      Defendant. | Case No. 21-cv-00976-CRB <br><br>**ORDER STAYING CASE** |

For the reasons set forth in the Court's previous order granting a stay (dkt. 36), and based on the parties' joint status report, the Court hereby stays this case for 30 days from the date of this order or until the Zanca v. Epic Games, Inc., No. 21-CVS-534 (N.C. Sup. Ct., Wake County) grants or denies final approval of the proposed settlement, whichever is earlier. The parties shall once again file a joint status report when the stay terminates for either reason.

**IT IS SO ORDERED.**

Dated: June 22, 2021

                                                            CHARLES R. BREYER <br>
                                                            United States District Judge