IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EPIC GAMES, INC.,<br><br>  Defendant. | Case No. 21-cv-00976-CRB<br><br>**ORDER RENEWING STAY** |

For the reasons set forth in the Court's initial order granting a stay (dkt. 36), and based on the parties' amended joint status report filed on October 15, 2021 (dkt. 44), the Court hereby stays this case until November 19, 2021 or until the Zanca v. Epic Games, Inc., No. 21-CVS-534 (N.C. Sup. Ct., Wake County) court grants or denies final approval of the proposed settlement, whichever is earlier. The parties shall once again file a joint status report when the stay terminates for either reason.

**IT IS SO ORDERED.**

Dated: October 21, 2021

CHARLES R. BREYER
United States District Judge