IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>EPIC GAMES, INC.,<br><br>             Defendant. | Case No. 21-cv-00976-CRB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS** |

The Court GRANTS Defendant Epic Games, Inc.'s unopposed motion to dismiss this action. Mot. (dkt. 52). To determine whether Plaintiffs' claims are precluded by a state court judgment, the Court looks to the claim preclusion rules of the relevant state. See Hesse v. Sprint Corp., 595 F.3d 581, 587 (9th Cir. 2010). Plaintiffs participated in a nationwide class settlement with Epic Games in North Carolina state court. See Zanca v. Epic Games, Inc., No. 21-CVS-534 (N.C. Super. Ct., Wake County). The settlement is final, and all appeals have been withdrawn. See Jacobson Decl. (dkt. 52-1) ¶ 2 & Ex. A. All parties agree that, under North Carolina law, the Settlement Agreement releases the claims Plaintiffs raised in this case. See Mot. at 2, Jacobson Decl. Ex. B (Settlement Agreement). This case is therefore DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: May 2, 2022

CHARLES R. BREYER
United States District Judge