IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W., et al., | Case No. 21-cv-00976-CRB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| EPIC GAMES, INC., | |
| Defendant. | |

Having granted the unopposed motion to dismiss, see Order Granting MTD (dkt. 53), the Court hereby enters judgment for Defendant Epic Games, Inc. and against Plaintiffs K.W., et al.

**IT IS SO ORDERED.**

Dated: May 2, 2022

CHARLES R. BREYER
United States District Judge